IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| WILLIE HUTCHERSON<br>ADC #93873 and<br>BEULA GILMER | | PLAINTIFFS |
| V. | 4:05CV01042 SWW/HDY | |
| POLLY GRAHAM | | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE