# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

WILLIE HUTCHERSON
ADC #93873 and
BEULA GILMER                                                                                    PLAINTIFFS

V.                                    4:05CV01042 SWW/HDY

POLLY GRAHAM                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE